

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00265-CV

**IRONWOOD OIL & GAS LLC,**

   **Appellant**

 **v.**

**ELMER C. HONATH AND CHESTER G. NELSON,**

   **Appellee**

**From the 13th District Court**
**Navarro County, Texas**
**Trial Court No. D12-21145-CV**

## MEMORANDUM  OPINION

In this appeal, appellant, Ironwood Oil & Gas LLC challenges summary judgments granted in favor of appellees, Elmer C. Honath and Chester G. Nelson.  However, on May 27, 2015, the parties filed an "Agreed Motion for Judgment," requesting that this Court reverse the trial court's summary-judgments and remand for entry of a judgment in accordance with the parties' settlement.  *See* TEX. R. APP. P. 42.1(a)(2)(B).  We grant the parties' motion.

Accordingly, we set aside the trial court's summary judgments without regard to the merits and remand to the trial court for rendition of judgment consistent with the parties' settlement agreement. *See id.* Furthermore, in accordance with the parties' "Agreed Motion for Judgment," we order that all costs of court are taxed against the party incurring same.

AL SCOGGINS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted; judgments set aside and remanded
Opinion delivered and filed June 11, 2015
[CV06]

